UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00289-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JOSE VILLA-CHAIREZ,
   a/k/a Jorge Torrez,
   a/k/a Jose Chaves Villa,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#12)** on August 28, 2006 by Defendant Jose Villa-Chairez. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 30, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **September 21, 2006** and the **September 26, 2006** trial date are **VACATED**.

Dated this 29th day of August, 2006

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge