UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00289-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOSE VILLA-CHAIREZ,
   a/k/a Jorge Torrez,
   a/k/a Jose Chaves Villa,

       Defendant.

## ORDER

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the sentencing in this matter set to commence on February 26, 2007 is VACATED and reset to **March 23, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 5th day of February, 2007

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge