UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00289-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JOSE VILLA-CHAIREZ,
   a/k/a Jorge Torrez,
   a/k/a Jose Chaves Villa,

        Defendant.

## ORDER RESETTING SENTENCING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the sentencing in this matter set to commence on March 23, 2007 is **VACATED** and **RESET** to **April 16, 2007 at 3:15 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within10 days, any response to the objection must be filed within 3 days.

Dated this 27th day of February, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge